IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 10-cv-02311-REB-KLM

GREG L. GATRELL,

    Plaintiff,
v.

CITY AND COUNTY OF DENVER, a municipality,
GERRY WHITMAN, Chief of the Denver Police Department,
JOHN DOE #1, Deputy Sheriff of the Denver Police Department,
JOHN DOE #2, Deputy Sheriff of the Denver Police Department, and
S. CANNON, Deputy Sheriff of the Denver Police Department,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 2 2010

GREGORY C. LANGHAM
CLERK

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated November 9, 2010, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02311-REB-KLM

Greg L. Gartrell
6668 Casper North West
Canton, OH 44718

US Marshal Service
Service Clerk
Service forms for: City and County of Denver, Gerry Whitman, and S. Cannon

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on City and County of Denver, Gerry Whitman, and S. Cannon: AMENDED COMPLAINT FILED 10/29/10, ORDER TO DISMISS IN PART AND DRAW FILED 11/05/10  SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/12/10.

                                      GREGORY C. LANGHAM, CLERK

                                      By: _____
                                                        Deputy Clerk