IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02311-REB-KLM

GREG L. GATRELL,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
GERRY WHITMAN, Chief of the Denver Police Department in his individual and official capacities,
S. CANNON, Deputy Sheriff of the Denver Police Department in his individual and official capacities,
JOHN DOE #1, Deputy Sheriff of the Denver Police Department, in his individual and official capacities, and
JOHN DOE #2, Deputy Sheriff of the Denver Police Department, in his individual and official capacities,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion for Stay to Obtain Counsel** [Docket No. 11; Filed November 16, 2010] (the "Motion). Plaintiff, who is proceeding *pro se*, seeks a forty-five-day stay of his case while he continues to search for counsel. As Plaintiff is proceeding *in forma pauperis*, the United States Marshal has been ordered to effect service of Plaintiff's case on Defendants [Docket No. 10]. Service has not yet been accomplished and, consequently, no case deadlines have been set. Further, it is the Court's practice to set a scheduling conference approximately sixty days after service has been accomplished in these kinds of cases. As such, the case is at least sixty days away from generating any substantive responsibilities for Plaintiff. Accordingly,

      IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. Given that no case deadlines are currently set, no stay of the case is necessary at this time.

      Dated:  November 16, 2010