IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02311-REB-KLM

GREG L. GATRELL,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
GERRY WHITMAN, Chief of the Denver Police Department in his individual and official
capacities,
S. CANNON, Deputy Sheriff of the Denver Police Department in his individual and official
capacities,
JOHN DOE #1, Deputy Sheriff of the Denver Police Department, in his individual and
official capacities, and
JOHN DOE #2, Deputy Sheriff of the Denver Police Department, in his individual and
official capacities,

      Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 1 2011

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted Plaintiff leave to proceed *in forma pauperis*.  Service has

previously been effected on Defendants City and County of Denver and Gerry Whitman.

IT IS HEREBY **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a

waiver of service from Defendant S. Cannon, at the following address:  Stuart L. Shapiro,

Denver City Attorney's Office, 201 West Colfax Avenue, Denver, Colorado 80202-5332.

If unable to do so, the United States Marshal shall serve a copy of the Amended

Complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and

all other orders upon Defendant S. Cannon at the above address.  If appropriate, the

Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that Defendant S. Cannon shall respond to the Amended Complaint [Docket No. 6] as provided for in the Federal Rules of Civil Procedure after service of process on her.

DATED: January 11, 2011 at Denver, Colorado.

BY THE COURT:

s/ Kristen L.  Mix
Kristen L.  Mix
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02311-REB-KLM

Stuart L. Shapiro
Denver City Attorney's Office
Attorney's at Law
**DELIVERED ELECTRONICALLY**


I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Stuart L. Shapiro for service of process on S. Cannon, Deputy Sheriff: AMENDED COMPLAINT FILED 10/29/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on January 11, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk