**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02311-REB-KLM

GREG L. GATRELL,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
GERRY WHITMAN, Chief of the Denver Police Department,
JOHN DOE #1, Deputy Sheriff of the Denver Police Department,
JOHN DOE #2, Deputy Sheriff of the Denver Police Department, and
S. CANNON, Deputy Sheriff of the Denver Police Department,

    Defendants.

## ORDER ADOPTING RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#49][1] filed May 26, 2011, pertaining to **Defendant Whitman's Motion To Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6)** [#21] filed January 3, 2011; and (2) the **Recommendation of United States Magistrate Judge** [#51] filed June 9, 2011, pertaining to **Defendant Cannon's Motion To Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6)** [#37] filed March 11, 2011.  No objections having been filed to either recommendation, I review them only for plain error.  ***See Morales-Fernandez v.***

---

[1] "[#49]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

*Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no such error in the magistrate judge's recommended dispositions of the apposite motions, I find and conclude that the recommendations should be approved and adopted as orders of this court.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Recommendation of United States Magistrate Judge** [#49] filed May 26, 2011, is **APPROVED AND ADOPTED** as an order of this court;

    2.  That the **Recommendation of United States Magistrate Judge** [#51] filed June 9, 2011, is **APPROVED AND ADOPTED** as an order of this court;

    3.  That **Defendant Whitman's Motion To Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6)** [#21] filed January 3, 2011, is **GRANTED**;

    4.  That **Defendant Cannon's Motion To Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6)** [#37] filed March 11, 2011, is **GRANTED**;

    5.  That plaintiff's claims against defendant, Gerry Whitman, Chief of the Denver Police Department in his individual and official capacities, are **DISMISSED WITH PREJUDICE**;

    6.  That plaintiff's claims against defendant, Sharon Cannon (identified in the Complaint as "S. Cannon"), Deputy Sheriff of the Denver Police Department in her individual and official capacities, are **DISMISSED WITH PREJUDICE**;

    7.  That at the time judgment enters, judgment **SHALL ENTER** on behalf of

---

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter.  ***Morales-Fernandez***, 418 F.3d at 1122.

defendants, Gerry Whitman, Chief of the Denver Police Department in his individual and official capacities, and Sharon Cannon (identified in the Complaint as "S. Cannon"), Deputy Sheriff of the Denver Police Department in her individual and official capacities, against plaintiff, Greg L. Gatrell, on all claims for relief and causes of action asserted against these defendants; provided, that the judgment in favor of these defendants **SHALL BE** with prejudice; and

8. That defendants, Gerry Whitman, Chief of the Denver Police Department in his individual and official capacities, and Sharon Cannon (identified in the Complaint as "S. Cannon"), Deputy Sheriff of the Denver Police Department in her individual and official capacities, are **DROPPED** as named parties to this action, and the case caption **AMENDED** accordingly.

Dated July 8, 2011, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge