IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02311-REB-KLM

GREG L. GATRELL,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
JOHN DOE #1, Deputy Sheriff of the Denver Police Department, in his individual and
official capacities, and
JOHN DOE #2, Deputy Sheriff of the Denver Police Department, in his individual and
official capacities,

      Defendants.

_____

### ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Defendant City and County of Denver's Motion to Continue Final Pretrial Conference, Trial Preparation Conference, and Jury Trial** [Docket No. 73; Filed February 10, 2012] (the "Motion").  The Motion is referred to this Court for disposition [#74].  Defendant Denver represents that Plaintiff does not oppose the relief requested.

      This Court issued a Recommendation on January 23, 2012, recommending that Defendant Denver's Motion for Judgment on the Pleadings [#60] be granted and Plaintiff's remaining claims be dismissed with prejudice [#72].  The Court advised the parties that they had fourteen days after service of the Recommendation to serve and file any written objections in order to obtain reconsideration by the District Judge.  To date, no objections have been filed.  Accordingly,

      IT IS HEREBY **ORDERED** that the Final Pretrial Conference set for February 21, 2012, is **VACATED**.

      Further, the Court respectfully **RECOMMENDS** to the District Judge that the Trial Preparation Conference and Jury Trial settings be **VACATED**, pending the disposition of this Court's Recommendation [#27] and Defendant Denver's Motion for Judgment on the Pleadings [#60].

      Dated:  February 13, 2012