**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02311-REB-KLM

GREG L. GATRELL,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
JOHN DOE #1, Deputy Sheriff of the Denver Police Department, and
JOHN DOE #2, Deputy Sheriff of the Denver Police Department,

     Defendants.

---

**ORDER ADOPTING RECOMMENDATIONS OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#72][1] filed January 23, 2012; and (2) the **Order and Recommendation of United States Magistrate Judge** [#75], filed February 13, 2012. No objections having been filed to the January 23, 2012, recommendation, I review it only for plain error. *See **Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).*[2]  Finding no such error in the magistrate

---

[1] "[#72]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.  In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. *See **Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).*

judge's recommended disposition, I find and conclude that the January 23, 2012, recommendation should be approved and adopted.  That conclusion moots the second recommendation to continue the Trial Preparation Conference and the trial.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#72] filed January 23, 2012, is **APPROVED AND ADOPTED** as an order of this court;

2. That the **Order and Recommendation of United States Magistrate Judge** [#75] filed February 13, 2012, is **REJECTED AS MOOT**;

3. That **Defendant Denver's Motion for Judgment on the Pleadings Pursuant to Fed.R.Civ.P. 12(c)** [#60] filed November 10, 2011, is **GRANTED**;

4. That the **City and County of Denver's Motion To Dismiss for Failure To Prosecute Pursuant to Fed.R.Civ.P. 41(b)**, [#70] filed January 4, 2012, is **DENIED AS MOOT**;

5. That **Defendant's Motion To Continue Final Pretrial Conference, Trial Preparation Conference and Jury Trial** [#73] filed February 10, 2012, is **DENIED AS MOOT**;

6. That plaintiff's claims against defendants, the City and County of Denver and John Doe #1, are **DISMISSED WITH PREJUDICE** as barred by limitations;

7. That plaintiff's claims against defendant, John Doe #2, are **DISMISSED** for failure to effect timely service of process as required by Fed. R. Civ. P. 4(m);

8. That judgment **SHALL ENTER** on behalf of defendants, the City and County of Denver, a municipality; John Doe #1, Deputy Sheriff of the Denver Police

Department, in his individual and official capacities; and John Doe #2, Deputy Sheriff of the Denver Police Department, in his individual and official capacities, against plaintiff, Greg L. Gatrell, on all claims for relief and causes of action asserted against them; provided, that the judgment shall be with prejudice;

9.  That judgment **SHALL ENTER** in accordance with my previous **Order Adopting Recommendations of the United States Magistrate Judge** ¶ 7 at 2-3 [#52] filed July 8, 2011;

10.  That the Trial Preparation Conference currently scheduled for Friday, March 2, 2012, at 3:00 p.m., and the trial currently scheduled to commence on March 19, 2012, are **VACATED**; and

11.  That defendants are **AWARDED** their costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated February 22, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge